IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-152-WYD-BNB

SYLVIA ("SUE") BRUNGARDT,

Plaintiff,

v.

MICHELLE LEE CAMERON, M.D. a/k/a MICHELLE LEE CAMERON-DONALDSON, M.D., and
MEDICAL DOCTOR ASSOCIATES, INC., a Georgia corporation d/b/a PHYSICIANS UNDER CONTRACT TO MEDICAL DOCTORS ASSOCIATES,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulation Modifying Scheduling Order** (the "Motion"), filed on June 20, 2005.

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
    The parties shall designate all experts and provide opposing
    counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
    on or before **November 1, 2005**;

    The parties shall designate all rebuttal experts and provide
    opposing counsel with all information specified in Fed. R. Civ. P.
    26(a)(2) on or before **December 1, 2005**;

Deposition of defendant Michelle Cameron, MD. on or before **August 1, 2005**;
Parties shall submit interrogatories on or before **September 1, 2005;**
Schedule for request for production of documents on or before **September 1, 2005**;
Discovery Cutoff on or before **January 2, 2006**;
Dispositive Motion Deadline on or before **February 1, 2006**.

IT IS ORDERED that the Pretrial Conference set for January 30, 2006, is **vacated and**

**reset to April 3, 2006, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **March 27, 2006**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.