IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00152-WYD-BNB

SYLVIA ("SUE") BRUNGARDT,

Plaintiff,

v.

MICHELLE LEE CAMERON, M.D. a/k/a MICHELLE LEE CAMERON-DONALDSON, M.D., and
MEDICAL DOCTOR ASSOCIATES, INC., a Georgia corporation d/b/a PHYSICIANS UNDER CONTRACT TO MEDICAL DOCTORS ASSOCIATES,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **July 26, 2005**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 12, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge